UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYLEEN WILCOXSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:21-CV-01306 JAR |
| | ) |
| HEARTLAND COCA-COLA BOTTLING COMPANY, LLC, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT OF DISMISSAL

Pursuant to the Order of Final Approval of Settlement filed this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this cause of action is **DISMISSED with prejudice**.

Dated this 1st day of August, 2022.

                                                             */s/ John A. Ross*
                                                          **JOHN A. ROSS**
                                                          **UNITED STATES DISTRICT JUDGE**